**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**Eastern District of Virginia**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **J-K.A.B.S Transportation LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 2 – 2 8 9 3 1 3 3** | |
| **4. Debtor's address** | **Principal place of business** <br><br> **900 Jones Dr** <br> Number    Street <br><br> **Ruther Glen, VA 22546** <br> City    State    ZIP Code <br><br> **Caroline** <br> County | **Mailing address, if different from principal place of business** <br><br> Number    Street <br><br> City    State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number    Street <br><br> City    State    ZIP Code |
| **5. Debtor's website (URL)** | **www.ridewithjkabs.com** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor    **J-K.A.B.S Transportation LLC**    Case number *(if known)*
      Name

**7. Describe debtor's business**

A. *Check one:*
- ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ❏ Railroad (as defined in 11 U.S.C. §101(44))
- ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ❏ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ❏ Tax-exempt entity (as described in 26 U.S.C. §501)
- ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   **4  8  5  3**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ❏ Chapter 7
- ❏ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ❏ A plan is being filed with this petition.
  - ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ❏ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ❏ Yes. District _____ When _____ Case number _____
                       MM / DD / YYYY
- District _____ When _____ Case number _____
                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ❏ Yes. Debtor _____ Relationship _____
- District _____ When _____
                       MM / DD / YYYY
- Case number, if known _____

Debtor **J-K.A.B.S Transportation LLC**     Case number *(if known)*
    Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number   Street

_____
City     State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49   ☐ 50-99    ☐ 1,000-5,000   ☐ 5,001-10,000    ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199   ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion
☑ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor  **J-K.A.B.S Transportation LLC**
     Name

Case number *(if known)*

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/11/2025**
     MM/ DD/ YYYY

X  **/s/ Jimmie Lee Bynum, Jr.**        **Jimmie Lee Bynum, Jr.**
Signature of authorized representative of debtor        Printed name

Title  **Manager-Member**

**18. Signature of attorney**

X  **/s/ Martin C. Conway**        Date  **05/11/2025**
Signature of attorney for debtor        MM/ DD/ YYYY

**Martin C. Conway**
Printed name

**Conway Law Group, PC**
Firm name

**1320 Central Park Blvd, Suite 200**
Number    Street

**Fredericksburg**        **VA**        **22401**
City        State        ZIP Code

         **martin@conwaylegal.com**
Contact phone        Email address

**34334**        **VA**
Bar number        State

Fill in this information to identify the case:

Debtor name _____ **J-K.A.B.S Transportation LLC** _____

United States Bankruptcy Court for the:
_____ **Eastern District of Virginia** _____

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | North Mill Credit Trust, Its Successors<br>9 Executive Cir Ste 230<br>Irvine, CA 92614 | | | | $65,884.49 | $11,500.00 | $54,384.49 |
| 2 | Toyota Motor Credit Corp.<br>6565 Headquarters Dr # W2/3D<br>Plano, TX 75024 | | | | $40,038.69 | $10,500.00 | $29,538.69 |
| 3 | Philadelphia Insurance Companies<br>PO Box BOX 70251<br>Philadelphia, PA 19176 | | Insurance Policy | | | | $26,575.00 |
| 4 | CAROLINE COUNTY<br>212 N MAIN STREET<br>Bowling Green, VA 22427 | | | | $21,562.97 | $20,250.00 | $21,562.97 |
| 5 | Amur Equipment Finance, Inc<br>304 W 3rd St<br>Grand Island, NE 68801 | | Auto Loan | | $37,307.00 | $20,250.00 | $17,057.00 |
| 6 | North Mill Equipment Finance, LLC<br>707 Texas Ave S Ste 200D<br>College Station, TX 77840 | | | | $28,224.53 | $16,500.00 | $11,724.53 |
| 7 | Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119 | | Credit Card | | | | $8,800.00 |
| 8 | Amex Blue Cash Card<br>PO Box 96001<br>Los Angeles, CA 90096 | | Credit Card | | | | $5,400.00 |

Official Form 204            Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims            page 1

Debtor    **J-K.A.B.S Transportation LLC**    Case number *(if known)* _____
         *Name*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Fundbox<br>5760 Legacy Dr Ste. B3-535<br>Plano, TX 75024 | | Charge Account | | | | $3,902.44 |
| 10 | FNBO Verizon Mastercard<br>PO Box 2818<br>Omaha, NE 68103 | | Credit Card | | | | $3,900.00 |
| 11 | WEX INC<br>PO Box 639<br>Portland, ME 04104 | | Credit Card | | | | $3,628.72 |
| 12 | Amex Amazon<br>PO Box 96001<br>Los Angeles, CA 90096 | | Credit Card | | | | $3,000.00 |
| 13 | Snap Finance<br>P.O. Box 26561<br>Salt Lake City, UT 84126 | | Personal Loan | | | | $2,442.52 |
| 14 | Capital One<br>P.O. Box 71087<br>Charlotte, NC 28272 | | Credit Card | | | | $2,041.21 |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**United States Bankruptcy Court**
**Eastern District of Virginia**

In re   J-K.A.B.S Transportation LLC                                                   Case No.
                                      Debtor(s)                                        Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **J-K.A.B.S Transportation LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**05/11/2025**                                 **/s/ Martin C. Conway**
Date                                           **Martin C. Conway**
                                               Signature of Attorney or Litigant
                                               Counsel for   **J-K.A.B.S Transportation LLC**
                                               **Bar Number: 34334**
                                               **Conway Law Group, PC**
                                               **1320 Central Park Blvd, Suite 200**
                                               **Fredericksburg, VA 22401**
                                               **Phone: (855) 848-3011**
                                               **Email: martin@conwaylegal.com**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

IN RE: | CHAPTER **11**
**J-K.A.B.S Transportation LLC**

DEBTOR(S) | CASE NO

**LIST OF EQUITY SECURITY HOLDERS**

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Jimmie Lee Byrum, Jr.**<br>900 Jones Drive<br>Ruther Glen, VA 22546 | 100% Membership | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the **Manager-Member** of the **Public Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **05/11/2025**          Signature: **/s/ Jimmie Lee Bynum, Jr.**
                                            *Jimmie Lee Bynum, Jr., Manager-Member*

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

IN RE: **J-K.A.B.S Transportation LLC**         CASE NO

                                                CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **05/11/2025**     Signature         **/s/ Jimmie Lee Bynum, Jr.**
                                            Jimmie Lee Bynum, Jr., Manager-Member

| | | |
|---|---|---|
| ACADEMY BUS EXPRESS AND/OR ACADEMY BUS<br>111 Paterson Ave<br>Hoboken, NJ 07030 | Amex Amazon<br>PO Box 96001<br>Los Angeles, CA 90096 | Amex Blue Cash Card<br>PO Box 96001<br>Los Angeles, CA 90096 |
| Amur Equipment Finance, Inc<br>304 W 3rd St<br>Grand Island, NE 68801 | Amur Equipment Finance, Inc<br>CSC-LAWYERS INC. SERV. COM.<br>Reg. Agent<br>233 S. 13TH STREET, STE 1900 STE 1900<br>Lincoln, NE 68508 | AT&T<br>PO Box 10330<br>Fort Wayne, IN 46851-0330 |
| AUTOsist<br>22311 Butterfield<br>Mission Viejo, CA 92692 | Capital One<br>P.O. Box 71087<br>Charlotte, NC 28272 | Capital Region Airport Commission<br>1 Richard E Bryd Terminal Dr C<br>Richmond, VA 23250 |
| CAROLINE COUNTY<br>212 N MAIN STREET<br>Bowling Green, VA 22427 | Correll Insurance Group, LLC<br>992 DAVIDSON DRIVE | FNBO Verizon Mastercard<br>PO Box 2818<br>Omaha, NE 68103 |
| Fundbox<br>5760 Legacy Dr Ste. B3-535<br>Plano, TX 75024 | Google ads<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | Jr. Jimmie Lee Bynum<br>900 Jones Drive<br>Ruther Glen, VA 22546 |
| J-K.A.B.S. Transportation, LLC.<br>PO Box 296<br>Ladysmith, VA 22501 | Metropolitan Washington Airports Author<br>MA-130 Terminal 1, Room 1<br>Washington, DC 20041 | Moovs<br>5333 Balboa Blvd 132<br>Encino, CA 91316 |
| Murcielago LLC and its owners<br>27 Congress St Ste 502<br>Salem, MA 01970 | Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119 | North Mill Credit Trust, Its Successors<br>9 Executive Cir Ste 230<br>Irvine, CA 92614 |
| North Mill Eq. Finance LLC<br>Corporation Serv. Comp., Reg. Agent<br>251 Little Falls Drive<br>Wilmington, DE 19808 | North Mill Equipment Finance, LLC<br>707 Texas Ave S Ste 200D<br>College Station, TX 77840 | Party Over Here LLC<br>11200 Kailee Ln<br>Spotsylvania, VA 22553 |
| Philadelphia Insurance Companies<br>PO Box BOX 70251<br>Philadelphia, PA 19176 | President, Philadelphia Insur. Comps.<br>One Bala Plaza 100<br>Bala Cynwyd, PA 19004 | President, Toyota Motor Credit Corp<br>6565 Headquarters Drive<br>Plano, TX 75024 |
| Quickbooks<br>2700 Coast Ave<br>Mountain View, CA 94043 | Snap Finance<br>P.O. Box 26561<br>Salt Lake City, UT 84126 | Toyota Motor Credit Corp.<br>6565 Headquarters Dr # W2/3D<br>Plano, TX 75024 |

US COACHWAYS INC
960 Holmdel Rd
Holmdel, NJ 07733

WEX INC
PO Box 639
Portland, ME 04104